[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 20-12930

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

CHRISTOPHER LOUIS HOOKER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 5:19-cr-00066-JA-PRL-4

_____

Before ROSENBAUM, JILL PRYOR and BRASHER, Circuit Judges.

PER CURIAM:

The government's motion to dismiss this appeal pursuant to the appeal waiver in Hooker's plea agreement is GRANTED. *See United States v. Boyd*, 975 F.3d 1185, 1192 (11th Cir. 2020) (district court must have clearly conveyed to defendant that he was giving up his right to appeal under most circumstances); *United States v. Bushert*, 997 F.2d 1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily).